# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
### Newport News Division

In re:
LLOYD R. DECKER
WILLOW BELINDA DECKER                              Case No.09-51229-SCS
Debtor(s)                                          Chapter 7

## REPORT OF DEPOSIT OF SMALL DIVIDEND
_____

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. 347, the trustee submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends represent the dividend(s) due and payable to:

Creditor's Name and Address                        Amount of Dividend

Lloyd R. Decker
317 53rd Street
Newport News, Virginia 23607                       $1.00


Date: ____9/14/2010_____

                                                   /s/Clara P Swanson
                                                   _____
                                                   *(Signature of Trustee)*
                                                   _____Clara P Swanson_____
                                                   *(Typed Name of Trustee)*
                                                   _____21837_____
                                                   *(State Bar Number)*
                                                    707 Mobjack Pl, Newport News, VA, 23606
                                                   *(Address)*
                                                   _____757-873-8808_____
                                                   *(Telephone Number)*
                                                               [rsmdivid ver. R. 04/03]